# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 04-5325** **September Term, 2005**

**03mc03762**

**Filed On: September 12, 2005**

[917673]
SBC Internet Services, Inc.,
Appellant

v.

Recording Industry Association of America, Inc.,
(RIAA), et al.,
Appellees

**BEFORE:** Sentelle and Randolph, *Circuit Judges*, and Williams, *Senior Circuit Judge*

**O R D E R**

Upon consideration of the stipulated agreement of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will be issued.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:
Cheri Carter
Deputy Clerk